3

THOMAS H. ARMSTRONG #146016
LAW OFFICE OF THOMAS H. ARMSTRONG
5250 N. Palm, Suite 224
Fresno, California 93704
Telephone: (559) 447-4700
Facsimile: (559) 449-2693
lawoffice5250@sbcglobal.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| In Re: | Case No.13-11987-A-13F |
| Jose R Lopez Rosales and Zureima Vallejo, | DC# THA-1 |
| | Chapter 13 |
| Debtors. | DATE: May 8, 2013<br>TIME: 9:00 a.m.<br>DEPT.: "A", CT. RM. 11<br>JUDGE: Fredrick E. Clement |

DEBTORS' MOTION TO VALUE COLLATERAL OF HSBC RETAIL SERVICES, INC., AND ITS SUCCESSORS, AND/OR ASSIGNEES

1.   Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on March 25, 2013. Michael H. Meyer serves as the duly appointed Chapter 13 Trustee.

2.   Jurisdiction exists under 28 U.S.C. §1334. Venue is proper under 28 U.S.C. §1408. The District Court for the Eastern District of California has generally referred these

matters to the Bankruptcy Court for hearing pursuant to 28 U.S.C. §157(a) and United States District Court, Eastern District of California General Orders 182 and 223. This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(A)(B)&(O). This is a contested matter under Fed. R. Bankr. P. Rule 9014. This motion is made pursuant to 11 U.S.C. §506(a)(1), General Order 05-03, and LBR 9014-1(f)(1).

3. Debtors respectfully move this Court for the entry of an order valuing the property described below. This property secures the claim of the creditor named below. Debtors move for an order that the amount of the creditor's secured claim not exceed the value of its security, less the claims of the creditors holding senior liens or security interests. This determination, if made, will supercede any greater secured claim demanded in any proof of claim. Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim. In the Debtors' opinion, the collateral has the replacement value indicated below.

4. The name of the creditor whose collateral is being valued by this motion is HSBC Retail Services, Inc., and its successors and/or assignees.

5. The total amount of this creditor's claim, according to Debtors' schedules is $1,000.00.

6. The collateral that is subject of this motion consists of a Samsung television, HP computer, printer and monitor.

/ / / /

/ / / /

7. The amount owed to and the name of all creditors holding liens or security interests senior to the lien or security interest of the above named creditor are accurately set forth in the following table:

| Creditor | Amount Owed |
|---|---|
| None | $ 0.00 |
| Total | $ 0.00 |

8. The collateral's "replacement value" [as defined and limited by section 506(a)(1)] is $500.00.

9. Other information relevant to the resolution of this motion: Under current market conditions and the considering the television, computer, printer and monitor's age, the value set forth represents its current replacement value.

Wherefore, Debtors pray for an order valuing HSBC Retail Services, Inc.'s, and its successors and/or assignees, secured claim at $500.00, allow the remaining balance of HSBC Retail Services, Inc.'s claim as an allowed general unsecured claim, provide that any order is binding on any successor or assignee of HSBC Retail Services, Inc., and for such further relief as this Court deems appropriate.

Dated: __3/25__, 2013

Thomas M. Armstrong, Attorney for Debtors